■

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Charles F. WUENSTEL, Jr., Appellee.**

Supreme Court of Pennsylvania.

Aug. 23, 2005.

*ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of August, 2005, the Joint Motion to Remand Case to Common Pleas Level or for Alternative Relief is granted. This matter is remanded for reconsideration in light of the decision in *Commonwealth v. Ludwig,* 874 A.2d 623 (Pa.2005).

■

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Kami CORDEN, Appellee.**

Supreme Court of Pennsylvania.

Aug. 23, 2005.

*ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of August, 2005, the Joint Motion to Remand Case to Common Pleas Level or for Alternative Relief is granted. This matter is remanded for reconsideration in light of the decision in *Commonwealth v. Ludwig,* 874 A.2d 623 (Pa.2005).

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Edward J. DALY, Respondent.**

**No. 1054 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Aug. 25, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 25th day of August, 2005, upon consideration of the contention of respondent-attorney that he is suffering from a disabling condition which makes it impossible for him to prepare an adequate defense to disciplinary charges brought against him in connection with Disciplinary Board docket No. 10 DB 2005, it is hereby

ORDERED that Edward J. Daly, Esquire, is immediately transferred to inactive status pursuant to Rule 301(e), Pa. R.D.E., for an indefinite period and until further order of the Court. Respondent shall comply with Rule 217, Pa.R.D.E. All pending disciplinary proceedings against